■ In the Matter of JENNIFER FISHER, Also Known as JENNIFER FISHER-BOWE, Respondent, v LOUIE ROBINSON, Appellant. [741 NYS2d 719] —In a child support proceeding pursuant to Family Court Act article 4, the father appeals from an order of the Family Court, Kings County (Lopez-Torres, J.), dated January 5, 2001, which denied his objections to an order of the same court (LaFreniere, H.E.), dated November 1, 2000, which dismissed his application for a downward modification of his child support obligation.

Ordered that the order is affirmed, with costs.

The appellant failed to establish a change in circumstances

sufficient to warrant downward modification of his child support obligation (*see Matter of Brescia v Fitts,* 56 NY2d 132; *Matter of Murphy v Rutowicz,* 271 AD2d 691).

We reject the father's argument that his child support obligation should be proportionally offset by the amount of time the child spends with him (*see Bast v Rossoff,* 91 NY2d 723, 730-732). Finally, the Family Court properly found that the expenses the appellant claims he incurs to exercise visitation with the child do not constitute extraordinary expenses which warrant a downward modification of child support (*see Juneau v Juneau,* 240 AD2d 858, 859). Feuerstein, J.P., S. Miller, Krausman and Cozier, JJ., concur.